NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### CA 03-792

**RACHEL LANDRY AND TROY LANDRY**

**VERSUS**

**COCA-COLA BOTTLING CO., UNITED INC., ET AL.**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2001-2402
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**ELIZABETH A. PICKETT**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**REVERSED AND RENDERED.**

**Kenneth M. Henke**
**Lawrence E. Marino**
**100 E. Vermilion St., Ste 400**
**Lafayette, LA 70501**
**(337) 233-1100**
**Counsel for Defendant/Appellee:**
    **Royal Insurance Company of America**
    **Coca-Cola Bottling Company United Inc.**
    **Joey Smith**

**Christopher Luke Edwards**
**Attorney at Law**
**P. O. Box 3483**
**Lafayette, LA  70502**
**(337) 233-9995**
**Counsel for Plaintiff/Appellant:**
     **Rachel Landry**